UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0052-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ALLEN WOODS | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Allen Woods, and adjudges him guilty of the offenses charged in Counts One and Six of the indictment against him.

In Chambers, at Monroe, Louisiana, this 8th day of April, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE